(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

Dyshawn Underwood, individually,
and as guardian of minor child K.U.

**Plaintiff(s)**

**Case No.**

vs.

Blue Leaf Residential Mgmt., LLC
and
Cyclone Columbus Park 250 LLC

**Defendants(s)**

**APPLICATION/ MOTION TO PROCEED
WITHOUT PREPAYMENT OF FEES
(IN FORMA PAUPERIS)
AND AFFIDAVIT IN SUPPORT THEREOF**

**Instructions:** In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.

**I. Are you employed?**  Yes____  No _X_
  A. If you answered "Yes":
    (1) What is the name and address of your employer

    (2) How much do you earn per month?

  B. If you answered "No"
    (1) Have you ever been employed?  Yes _X_  No____
    If yes, what was the last year and month you were employed? _January 2025_
    How much did you earn a month? _It varied but on average, $4,000_

**II. What is your marital status?**
  Single _X_    Married____    Widowed____    Divorced____
  A. If you answered "Married":
    (1) Is your spouse employed? Yes____  No____
    If yes, how much does your spouse earn each month?
    $

**III. Do you have any dependents?**  Yes _X_  No____
  If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|---|---|---|
| K.U. | Son | 100% |
| Darea Strider | Cousin | 100% |

**IV.** Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?  Yes _x_  No____
  A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|---|---|---|---|
| Employment | $46,500 |  | $ |
| Franklin Cnty JFS, rental assistance | $2,000 |  | $ |
|  | $ |  | $ |

**V. Do you have any cash on hand or money in a savings, checking, or other account?**
Yes_____  No _X_

A. If you answered "Yes", state the combined total amount:
$_____.

**VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?**
Yes _X_  No_____

A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| Daily car | $ 3,827 | | $ |
| Second car | $ 150 | | $ |
| | $ | | $ |
| | $ | | $ |

**VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:**

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| Rent | $ 1,959 | Car Insurance | $ 303 |
| AEP Ohio & Columbia Gas | $ 20 on payment plan | D. Strider, tuition | $ 222 |
| Wright Patt Credit Union | $ 91 | | $ |
| Santander Consumer USA | $ 367.70 | | $ |

**VIII. State your address and telephone number where the Court can reach you.**
2000 Guildhall Dr. Unit G Columbus, Ohio 43209
380-264-1869

I declare under penalty of perjury that the above information is true and correct.

02-27-2025
Date        Signature of Applicant

-3-